UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER FLORES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. CUEVAS,<br><br>　　　　Defendant. | Case No. 1:24-cv-01412-CDB (PC)<br><br>ORDER DIRECTING DEFENDANT TO UNDERTAKE REASONABLE EFFORTS TO LOCATE PLAINTIFF AND TO FILE STATUS REPORT<br><br>**14-DAY DEADLINE** |

**Background**

Plaintiff Javier Flores, a state inmate proceeding pro se, initiated this action with the filing of a complaint in the California Superior Court, County of Kings (case number 24CL0460), alleging, among other things, violations of his rights by Defendant J. Cuevas under the First, Eighth, and Fourteenth Amendments of the United States Constitution. (Doc. 1 p. 7). Defendant J. Cuevas, represented by the California Department of Justice, removed the action to this Court on November 18, 2024. (Doc. 1 pp. 1-3).

On November 21, 2024, the Court granted Defendant's request to have 21 days to respond to the complaint from the date of service of an assigned district judge's adoption of any findings and recommendations following screening of the complaint finding cognizable claims. (Doc. 3 pp. 2-3). In that same order, the Court ordered Plaintiff to show cause in writing why this action should not be dismissed for his failure to exhaust administrative remedies. (*Id.*). That same day, the order to show cause was served by mail on Plaintiff Flores at his current listed address – CDCR No. AK-5319, Avenal State Prison (906), P.O. Box 906, Avenal, CA 93204 – but was returned as undeliverable on December 3, 2024. *See* (Dkt. entries dated 11/21/2024 & 12/3/2024).

The Court attempted to search Plaintiff Flores' current location in the California Incarcerated Records and Information Search (CIRIS) by his full name listed on the Civil Cover Sheet, Javier Bibos Flores (Doc. 1 p. 14), and variations thereof, and by his listed CDCR Number, AK 5319, and returned no results.

The undersigned is unaware whether Defendant's service copy of removal documents on Plaintiff at the same service address (*see* Doc. 1-2) likewise were returned undelivered. Accordingly, the Court will direct counsel for Defendant to undertake reasonable efforts to locate Plaintiff and to report to the Court what efforts were undertaken and the results thereof.

### Conclusion and Order

Accordingly, counsel for Defendant is DIRECTED to undertake reasonable efforts to locate Plaintiff and to file a status report **within 14 days** of the date of service of this order describing those efforts and the results of those efforts.

IT IS SO ORDERED.

Dated:   **December 5, 2024**

UNITED STATES MAGISTRATE JUDGE