UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER FLORES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CUEVAS,<br><br>　　　　　Defendant. | Case No.: 1:24-cv-01412-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE<br><br>Doc. 8 |

　　　　Plaintiff Javier Flores is proceeding pro se in this civil rights action pursuant to 42 U.S.C. section 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 31, 2025, the assigned magistrate judge issued findings and recommendations to dismiss the action without prejudice for failure to prosecute. Doc. 8. Specifically, the magistrate judge recommended this action be dismissed because plaintiff's whereabouts are unknown following his deportation to Mexico, and the Court lacks the ability to communicate with or contact plaintiff. *Id*. at 2–6. The findings and recommendations contained notice that any objections were to be filed within fourteen (14) days of service. *Id*. at 6. To date, no objections have been filed and the time to do so has passed.[1]

---

[1] As noted in the findings and recommendations, the United States Postal Service has returned

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The Findings and Recommendations issued on January 31, 2025 (Doc. 8) are ADOPTED in full;
2. This action is DISMISSED without prejudice for plaintiff's failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 16, 2025

_____
UNITED STATES DISTRICT JUDGE

---

mail to the Court marked undeliverable on three occasions. *Id*. at 1-2. Additionally, the findings and recommendations were served at plaintiff's address of record and were returned marked undeliverable on February 12, 2025. *See* docket.

2